

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ruixue Shi DEFENDANT(S). | CASE NUMBER 20 MJ - 2807 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____, IT IS ORDERED that a ~~detention~~ BA Release Revocation hearing is set for __8/17/20__, _____, at __1:00__ ☐ a.m. / ☑ p.m. before the Honorable __Jean Rosenbluth__, in Courtroom __690, Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/13/2020__                     _____
                                          U.S. District Judge/Magistrate Judge