# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00350          Recorder: Katie Thibodeaux          Date: 08/20/2020

Present: The Honorable Maria A. Audero, U.S. Magistrate Judge

Court Clerk: James R. Munoz, II                              Assistant U.S. Attorney: Charles E. Fowler

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| RUIXUE SHI, aka Serena Shi BOND-PRESENT | MICHAEL FREEDMAN RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge R. Gary Klausner.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 10/13/2020 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

    The government is ordered to turn over any discovery within two weeks. If there are any problems regarding discovery, counsel are to file a joint report within two weeks.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: JRM II by TRB