N O T E :  C H A N G E S  M A D E  B Y  T H E  C O U R T

```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012         cc:  USPO
     Telephone: (213) 894-1259/2435
     Facsimile: (213) 894-6269
     E-mail:    alexander.schwab@usdoj.gov
                alex.wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-350-RGK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| RUIXUE SHI, aka "Serena Shi," | **[PROPOSED] TRIAL DATE: 03-15-2022** |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 28, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; ~~(ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence~~.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The trial in this matter is continued from August 10, 2021, to **NOVEMBER 30, 2021 AT 9:00 AM.**

2.  The time period from August 10, 2021, to **NOVEMBER 30, 2021,** inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv).

3.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

June 2, 2021
DATE

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
ALEXANDER B. SCHWAB
Assistant United States Attorney