UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:20-cr-00350-RGK | Date | October 26, 2021 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Yanyan Liu, Mandarin |

| Sharon L. Williams | Sheri Kleeger | Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|
| RUIXUE SHI | Reg: 79501-112 | X | X | | Richard Goldman, DFPD | X | X | |
| | | | | | James Threatt, DFPD | X | X | |

**Proceedings:**   **CHANGE OF PLEA**

X   Defendant moves to change plea to the Indictment.

X   Defendant sworn.

X   Defendant enters new and different plea of GUILTY to Count Two.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to March 28, 2022 at 1:30 p.m. for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before February 21, 2022.

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

**IT IS SO ORDERED.**

:   16

Initials of Deputy Clerk   slw

cc:  USPO/PSA