Richard Goldman, DFPD (Bar No. 187707)
(E-Mail: Richard_Goldman@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: 213-894-4791 / Facsimile: 213-894-0081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-0350-RGK |
| v. | |
| RUIXUE SHI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Ex Parte Application to In Camera; Proposed Order
In Camera Documents

**Reason:**

[✓]  Under Seal and/or In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Electronic versions are not available to filer
[ ]  Per Court order dated: _____
[ ]  Administrative Record
[ ]  Other:

December 7, 2021
Date

Richard Goldman, DFPD
Attorney Name

Defendant, Ruixue Shi
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    **NOTICE OF MANUAL FILING OR LODGING**