CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
RICHARD D. GOLDMAN (Bar No. 188707)
(E-Mail: Richard_Goldman@fd.org)
JAMES S. THREATT (Bar No. 325317)
(E-Mail: Jimmy_Threatt@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
RUIXUE SHI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUIXUE SHI, <br><br> Defendant. | Case No. CR 20-350-RGK <br><br> **UNOPPOSED EX PARTE APPLICATION TO CONTINUE SENTENCING HEARING** <br><br> [CURRENT] Hearing Date: March 28, 2022 at 1:30 p.m. <br><br> [PROPOSED] Hearing Date: July 25, 2022 at 1:30 p.m. |

Defendant Ruixue Shi, by and through her attorneys of record, Deputy Federal Public Defenders Richard D. Goldman and James S. Threatt, hereby applies ex parte to this Honorable Court for an order continuing her sentencing hearing from March 28, 2022 at 1:30 p.m. to July 25, 2022 at 1:30 p.m..

///

///

///

///

This application is based upon the attached declaration, all files and records in this case, and such further information as may be provided to the Court regarding the application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 8, 2022          By  */s/ James S. Threatt*
                                 James S. Threatt
                                 Deputy Federal Public Defender
                                 Attorney for RUIXUE SHI

**DECLARATION OF JAMES S. THREATT**

I, James S. Threatt, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent Ruixue Shi in the above-entitled action.

2. I file this declaration in support of Ms. Shi's ex parte application to continue the sentencing hearing scheduled for March 28, 2022 at 1:30 p.m. to July 25th, 2022 at 1:30 p.m.

3. This request is based primarily on defense counsel's need for additional time to prepare for sentencing. Among other issues, defense counsel has not been able to meet with Ms. Shi or otherwise have confidential communications with her since 2021 because MDC has implemented lockdown measures intended to stem the spread of Covid-19. Despite repeated requests, defense counsel have not been permitted a single legal call with Ms. Shi, and MDC continues to refuse all legal visits (both in-person and video conferences) with inmates.

4. Without access to their client, it is not possible for defense counsel to adequately prepare for sentencing in this complex case.

5. It is also not clear when legal visits and/or calls will be allowed to resume. Further, whenever the current lockdown is lifted, there is a possibility that MDC will implement additional lockdowns in the future.

6. Other aspects of the defense investigation with respect to sentencing have also been delayed by the Covid-19 pandemic.

///
///
///
///
///

3

7. This is the first request for a continuance.

8. The government does not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on February 8, 2022, at Los Angeles, California.

                                                 */s/ James S. Threatt*
                                                 JAMES S. THREATT