CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
RICHARD D. GOLDMAN (Bar No. 188707)
(E-Mail: Richard_Goldman@fd.org)
JAMES S. THREATT (Bar No. 325317)
(E-Mail: Jimmy_Threatt@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
RUIXUE SHI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUIXUE SHI,<br><br>　　　　　Defendant. | Case No. CR 20-350-RGK<br><br>***EX PARTE* APPLICATION FOR ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA PANEL COUNSEL BASED ON CONFLICT OF INTEREST; DECLARATION OF COUNSEL**<br><br>[[Proposed] Order Filed Concurrently] |

Deputy Federal Public Defenders Richard Goldman and James S. Threatt, on behalf of Defendant Ruixue Shi, hereby apply pursuant to Local Rule 44-1 for an Order relieving the Federal Public Defender based on a conflict of interest and appointing a CJA Panel Attorney to represent her.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　Federal Public Defender

DATED: June 8, 2022　　　　　　By  */s/ James S. Threatt*
　　　　　　　　　　　　　　　　JAMES S. THREATT
　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　Attorneys for RUIXUE SHI

1

**DECLARATION OF JAMES S. THREATT**

I, James S. Threatt, hereby state and declare as follows:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent Ruixue Shi in the above-entitled action.

2. The Office of the Federal Public Defender has recently determined that it has a conflict of interest preventing it from continuing its representation of Ms. Shi. After internal discussion, Los Angeles Trial Chief Georgina Wakefield determined that a conflict of interest now exists and ethical considerations require withdrawal.

3. I am respectfully requesting that the Federal Public Defender be relieved and that a CJA Panel Attorney be appointed to represent Ms. Shi. Upon filing, I will cause this *ex parte* application to be mailed to Ms. Shi.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2022, at Los Angeles, California.

*/s/ James S. Threatt* .
JAMES S. THREATT

2