1                    UNITED STATES OF AMERICA
                 UNITED STATES DISTRICT COURT
2                CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
3
                          - - -
4                HONORABLE R. GARY KLAUSNER,
            UNITED STATES DISTRICT JUDGE PRESIDING
5                          - - -

6
    UNITED STATES OF AMERICA,        )
7                                    )   CERTIFIED COPY
                                     )
8                   PLAINTIFF,       )
                                     )   CR 20-00350 RGK
9    VS.                             )
                                     )
10   RUIXUE SHI,                     )
                                     )
11                                   )
                    DEFENDANT.       )
12                                   )
                                     )
13                                   )
                                     )
14                                   )
    _____)
15

16
                      CHANGE OF PLEA
17          REPORTER'S TRANSCRIPT OF PROCEEDINGS
                    OCTOBER 26, 2021
18                    P.M. SESSION
                 LOS ANGELES, CALIFORNIA
19

20

21

22

23              SHERI KLEEGER, CSR 10340
             FEDERAL OFFICIAL COURT REPORTER
24           312 NORTH SPRING STREET, ROOM 402
              LOS ANGELES, CALIFORNIA 90012
25                 PH:  (213)894-6604

```
 1

 2

 3

 4
    APPEARANCES OF COUNSEL:
 5
    ON BEHALF OF PLAINTIFF:
 6                         OFFICE OF THE U.S. ATTORNEY
                           MAJOR FRAUDS SECTION
 7                         BY:  ALEXANDER WYMAN, AUSA
                           355 SOUTH GRAND AVENUE
 8                         LOS ANGELES, CA 90071

 9  ON BEHALF OF DEFENDANT:
                           BERNARD J. ROSEN LAW OFFICES
10                         BY:  BERNARD J. ROSEN, ESQUIRE
                           BEVERLY HILLS LAW BUILDING
11                         424 SOUTH BEVERLY DRIVE
                           BEVERLY HILLS, CA 90212
12
                           FEDERAL PUBLIC DEFENDER'S OFFICE
13                         BY:  RICHARD GOLDMAN, DFPD
                              JAMES THREATT, DFPD
14                         321 EAST SECOND STREET
                           LOS ANGELES, CA 90012
15

16

17

18

19

20

21

22

23

24

25
```

```
 1          LOS ANGELES, CALIFORNIA; OCTOBER 26, 2021
 2                       P.M. SESSION
 3
 4
 5          THE CLERK:  Calling item one, 20-350 RGK
 6  United States of America versus Ruixue Shi.
 7          Counsel, please state your appearances.
 8          MR. WYMAN:  Good morning, Your Honor.  Alex
 9  Wyman on behalf of the United States.
10          THE COURT:  Counsel.
11          MR. GOLDMAN:  Good morning, Your Honor.
12  Richard Goldman and Jimmy Threatt on behalf of Ms. Shi,
13  who is present in custody.  She is aided by the
14  Mandarin-language interpreter for purposes of this plea,
15  Your Honor.
16          THE COURT:  Thank you very much, Counsel.
17          In this matter, my understanding, Ms. Shi,
18  is that you wish to enter a plea of guilty to Count II
19  of the indictment.
20          Is that what you want to do?
21          THE DEFENDANT:  Yes.
22          THE COURT:  You understand you have a right
23  against self-incrimination?  That means nobody can force
24  you to plead guilty or say anything that might
25  incriminate you.  If you plead guilty today, you would
```

1   be giving up that right.

2              Do you understand that right that you have?

3              THE DEFENDANT:  I understand.

4              THE COURT:  Okay.  And you waive and give up

5   that right?

6              THE DEFENDANT:  Yes.

7              THE COURT:  And Counsel, joins.

8              MR. GOLDMAN:  Yes, sir.

9              THE COURT:  Before I take your plea, I've

10  got to make certain findings for the record.  So I'm

11  going to have to ask you some questions.

12             Let me put you under oath at this time.

13             THE CLERK:  Can you please raise your right

14  hand.

15             Do you solemnly swear that the testimony you

16  are about to give in the cause now pending before this

17  Court shall be the truth, the whole truth and nothing

18  but the truth, so help you God?

19             THE DEFENDANT:  Yes, I do.

20             THE CLERK:  Thank you.

21             THE COURT:  Okay.  What is your true, legal

22  name?

23             THE DEFENDANT:  Ruixue shi.

24             THE COURT:  And do you go by any other name?

25             THE DEFENDANT:  No.

1             THE COURT:  Do you sometimes go by the name

2  of Serena?

3             THE DEFENDANT:  Yes.

4             THE COURT:  Okay.  But those are the only

5  names you go by?

6             THE DEFENDANT:  That is right.

7             THE COURT:  And what city do you live in?

8             THE DEFENDANT:  In the U.S. or in China?

9             THE COURT:  In the U.S.

10            THE DEFENDANT:  Arcadia.

11            THE COURT:  Arcadia.  How much schooling or

12  education have you received?

13            THE DEFENDANT:  I graduated from college.

14            THE COURT:  The reason I ask is because I

15  have a plea agreement here consisting of 19 pages.

16            Has that plea agreement been interpreted for

17  you?

18            THE DEFENDANT:  Yes.

19            THE COURT:  And have you gone over that plea

20  agreement thoroughly?

21            THE DEFENDANT:  Yes.

22            THE COURT:  Are you satisfied with your

23  attorney's advice?

24            THE DEFENDANT:  Very satisfied.

25            THE COURT:  Okay.  So if -- you understand

1  and want to enter into this plea agreement?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Let me ask you some background

4  questions.  Is there any background in your history of

5  treatment for either mental illness or addiction?

6          THE DEFENDANT:  No.

7          THE COURT:  Are you on any type of

8  medication or any type of substance that might influence

9  your ability to understand what we are doing today?

10         THE DEFENDANT:  No.

11         THE COURT:  As we go through this process,

12  if there's anything you don't understand, if you have

13  any questions at all, anything you want to have

14  explained to you, will you please stop me and make sure

15  I explain it to you?

16         THE DEFENDANT:  Yes.  Okay.

17         THE COURT:  You understand it is more

18  important that you understand everything today than even

19  myself.  So make sure you know everything that's

20  happening.  Okay?

21         THE DEFENDANT:  Okay.  Thank you, Your

22  Honor.

23         THE COURT:  In this matter, the government

24  has alleged in Count I of the indictment a violation of

25  Section 18 of the United States Code -- excuse me.

1   Title 18 of the United States Code, Section 1343,

2   alleging wire fraud.

3            At this time I'm going to have the

4   government explain what elements they would have to

5   prove before anybody could be convicted of this offense.

6            MR. WYMAN:  Thank you, Your Honor.

7            And just to be clear, I believe Your Honor

8   said Count I.  The defendant's pleading guilty to Count

9   II, but they are both wire fraud.

10            THE COURT:  You're correct.  Count II.

11   Thank you, Counsel.

12            MR. WYMAN:  Thank you.

13            For defendant to be guilty for the crime

14   charged in Count II, wire fraud, in violation of 18

15   U.S.C. Section 1343, the following must be true:

16            First, defendant knowingly participated in a

17   scheme or plan to defraud or a scheme or plan for

18   obtaining money or property by means of false or

19   fraudulent pretenses, representations or promises.

20            Second, the statements made or facts omitted

21   as part of this scheme were material; that is, they had

22   a natural tendency to influence or were capable of

23   influencing a person to part with money or property.

24            Third, defendant acted with intent to

25   defraud; that's the intent to deceive and cheat.

1          And fourth, defendant used or caused to be
2    used in interstate or foreign wire communication to
3    carry out or attempts to carry out an essential part of
4    the scheme.
5          THE COURT:  So you understand what elements
6    the government would have to prove if they went to
7    trial?
8          THE DEFENDANT:  I do.  Yes.
9          THE COURT:  Now, I'm going to have them
10   state what facts they would present if they went to
11   trial.
12         This statement of facts is in your plea
13   agreement.  But I want you to listen very carefully
14   because when they finish, I'm going to ask you whether
15   or not you admit these facts to be true.
16         Counsel.
17         MR. WYMAN:  Thank you, Your Honor.
18         THE COURT:  And go slowly for the
19   interpreter.
20         MR. WYMAN:  Defendant was at all relevant
21   times the general manager of Global House Buyer, LLC, or
22   GHB, a real estate development company based in the
23   People's Republic of China that had an office in
24   Los Angeles, California.
25         Between November 2015 and July 2018, in

1    Los Angeles County, within the Central District of

2    California, defendant knowingly and with intent to

3    defraud devised and executed a scheme to defraud

4    investors, known as the "Victims," in a GHB Hotel and

5    Condominium complex called The Hyde Resorts &

6    Residences, Coachella Valley, or the Hyde Development,

7    as to material matters and to obtain the victim's money

8    by means of material, false and fraudulent pretenses,

9    representations and promises, and the concealment of

10   material facts.

11           Defendant carried out her fraudulent scheme

12   in substance as follows:

13           Defendant identified approximately 47 acres

14   of land in Coachella, California to build the Hyde

15   Development.  Defendant contacted representatives of

16   Dakota Development, a real estate development subsidiary

17   of the Los Angeles based lifestyle hospitality company,

18   SBE Entertainment, about using SBE's Hyde brand which

19   was a luxury hotel and nightlife brand owned by SBE.

20           Through these discussions, defendant reached

21   an agreement with Dakota Development that the Hyde

22   Development would be developed under SBE's brand name

23   Hyde.

24           Defendant then solicited investments in the

25   Hyde Development from prospective investors, the

1  majority of whom were Chinese, by giving sales

2  presentations at hotels and contacting victims over

3  forms on WeChat, a Chinese multi-purpose messaging

4  social media and mobile payment application.

5          In connection with the Hyde Development,

6  approximately $22,833,441 was transferred from bank

7  accounts in China to bank accounts controlled by

8  defendant.

9          To induce the victims to invest in the Hyde

10  Development, defendant made false and fraudulent

11  statements to the victims, which defendant knew were

12  false when she made them.

13          For example, defendant told the victims that

14  their money would only be used to fund, and as an

15  investment in, the Hyde Development; even though

16  defendant intended to use funds invested by the victims

17  on her own personal expenses.

18          Relatedly, the defendant omitted and

19  concealed from the victims the material facts that

20  defendant planned to spend a portion of the victim's

21  funds to fund her own lifestyle and pay for personal

22  expenses instead of investing the funds into the Hyde

23  Development.

24          After defendant made these false statements

25  and material omissions, the victims wired defendants

1    large sums of money primarily from the PRC.

2              For example, on October 27th, 2016,

3    defendant caused the transmission by victim YJR by means

4    of wire and radio communication and foreign commerce of

5    a wire transfer of $50,000 from a bank account in the

6    PRC to a Wells Fargo account in Los Angeles, California

7    in the name of Coachella Valley Hotel, LLC, ending in

8    2940.

9              After she received the victims' funds in

10   these Wells Fargo accounts that she controlled,

11   defendant used some of the funds from victims on

12   personal expenses rather than as an investment in the

13   Hyde Development.

14             For example, defendant spent almost $300,000

15   in victim funds to purchase two luxury cars; she spent

16   approximately $2.2 million in victim funds at a company

17   that provided luxury travel and concierge's services.

18   She spent almost $800,000 in victim funds at a

19   full-service styling agency in Beverly Hills,

20   California.  And she spent hundreds of thousands of

21   dollars in victim funds on high-end clothing designers,

22   restaurants and other stores.

23             THE COURT:  Okay.  These are the factors

24   that government says they would -- the facts that the

25   government says they would present if they went to

1   trial.

2              You understand these facts they just stated?

3              THE DEFENDANT:  I do.

4              THE COURT:  And you admit these facts to be

5   true?

6              THE DEFENDANT:  Yes.

7              THE COURT:  Okay.  This is a type of offense

8   that under the statute could be punished by up to a

9   maximum of 20-years' imprisonment, a three-year period

10  of supervised release, a fine of $250,000 or twice the

11  gross gain or loss, resulting from the offense,

12  whichever's greatest, and a mandatory special assessment

13  of $100.

14             Do you understand that?

15             THE DEFENDANT:  Yes, I do.

16             THE COURT:  You also understand they -- you

17  would be required to pay the full restitution, and

18  although that is in -- still in the area that may be

19  disputed, the government feels that full restitution is

20  $2,833,441.

21             Do you understand that?

22             THE DEFENDANT:  I do.

23             THE COURT:  Now, if you spent time in

24  custody and you are released on supervision after

25  sentencing, and you violated the terms and conditions of

1   that supervised release, you could return to this Court

2   and get additional time on that violation of supervised

3   release.

4              Do you understand that?

5              THE DEFENDANT:  I do.

6              THE COURT:  Also, if you happen to be on

7   probation, parole or supervised release on some other

8   matter, a plea in this matter may act as a violation of

9   that parole, supervised release or probation.

10             And that Court can do anything they want in

11  their case independently of what might happen here.

12             Do you understand that?

13             THE DEFENDANT:  I do.

14             THE COURT:  There are also certain -- there

15  are certain governmental rights to be affected by your

16  plea, such as your right to vote; your right to serve as

17  a juror; your right to own a firearm.  If you're not a

18  citizen, it could prevent you from getting a

19  citizenship.

20             In this case, it is practically inevitable

21  or virtually certain that you might be deported from the

22  United States; governmental rights could be affected,

23  such as the right to food stamps, things like that.  All

24  these governmental rights can be affected by your plea.

25             Do you understand that?

1             THE DEFENDANT:  I do.

2             THE COURT:  Now, I've mentioned your rights

3   earlier against self-incrimination.  There's a few

4   others things I have to go over with you.

5             First of all, you have a right to be

6   presumed innocent until and unless the government could

7   prove their case to 12 jurors who unanimously would have

8   to agree upon your guilt beyond a reasonable doubt

9   before you could be found guilty.  Until and unless they

10  do this, you've got a right to be presumed innocent.

11            If you plead guilty today, you'd be giving

12  up that right to be presumed innocent, obviously.

13            You understand that?

14            THE DEFENDANT:  I do.

15            THE COURT:  You also have a right to have an

16  attorney at all stages of the proceedings.  You have a

17  right to have a public trial, a speedy trial; a right to

18  see, hear and cross-examine witnesses the government

19  would call to prove their case against you.

20            You would have a right to present defenses

21  in your own behalf; subpoena witnesses in free of charge

22  to testify for you if you wish.

23            At trial, you would have a right to take the

24  stand and testify on your own behalf if you wish; or

25  remain silent, not take the stand, and nobody can draw

1   any adverse inference from the fact that you did not

2   testify.

3          All these rights you have, you'd be giving

4   up if you plead guilty because there's not going to be a

5   trial.

6          You understand that?

7          THE DEFENDANT:  I do.

8          THE COURT:  And you do give up those rights?

9          THE DEFENDANT:  Yes.

10          THE COURT:  Now, this plea agreement, I'm

11   not going to go over all 19 pages with you, but there

12   are some things I want to make sure we're clear on.  One

13   is that you and the government have agreed that there is

14   a -- I'm sorry.

15          On the sentencing factors, there's the

16   applicable level that applies.

17          I guess there is no agreement on it, is

18   there, Counsel?

19          MR. GOLDMAN:  That's correct, Your Honor.

20          THE COURT:  But you have agreed that you

21   would be waiving your appeal of a conviction, and that

22   you would be waiving your right to appeal the sentence

23   as long as there's no more than 20 years.

24          And the government would be giving up their

25   right to appeal this sentence as long as there was at or

1    above a corresponding range of a level 28.

2              Is that your understanding of the agreement?

3              THE DEFENDANT:  Yes.

4              THE COURT:  Okay.  Well, then let me ask

5    you:  You said you read this plea agreement, you

6    understand it, you've gone over it with your attorney.

7    Has anybody made any promises to you or threats or

8    assurances to get you to plead guilty today who we have

9    not talked about here in Court or that are not in this

10   plea agreement?

11             THE DEFENDANT:  No.

12             THE COURT:  Then are you pleading freely and

13   voluntarily today because you feel, at least today, it's

14   in your best interest?

15             THE DEFENDANT:  Yes.

16             THE COURT:  Then do you have any questions

17   you want to ask me before I take your plea?

18             THE DEFENDANT:  No.  Thank you, Your Honor.

19             THE COURT:  And then as to Count II of the

20   indictment alleging wire fraud, in violation of Title 18

21   of the United States Code, Section 1343, how do you now

22   plead; guilty or not guilty?

23             THE DEFENDANT:  Guilty.

24             THE COURT:  Okay.  Counsel concur in that

25   plea?

1          MR. GOLDMAN:  Yes, Your Honor.

2          THE COURT:  Stipulate there's a sufficient

3    factual basis to allow me to accept the plea?

4          MR. GOLDMAN:  Yes, sir, I do.

5          THE COURT:  The Court then would find a

6    knowing, intelligent, free and voluntary waiver on the

7    part of the defendant, would find that she's had

8    explained to her the consequences and possible

9    consequences of her plea.

10          The Court also finds a factual basis based

11   on the stipulation of counsel, and the admission of the

12   defendant to the facts stated here in Court and in the

13   plea agreement.

14          The Court would incorporate the plea

15   agreement as part of the plea, would accept the plea of

16   guilty, and will set it for a date of --

17          THE CLERK:  Sentencing will be March 28th at

18   1:30 p.m.

19          THE COURT:  Is that date agreeable with both

20   sides?

21          MR. WYMAN:  Yes, Your Honor.

22          MR. GOLDMAN:  Yes, sir.

23          THE COURT:  Okay.  We'll see you back on

24   that date, March 28th at 1:30, for sentencing on that

25   date.  Okay.

1               MR. WYMAN:  Thank you, Your Honor.

2               MR. GOLDMAN:  Thank you.

3               THE COURT:  Thank you.

4               (Proceedings concluded.)

```
 1
 2                  CERTIFICATE OF REPORTER
 3
 4   COUNTY OF LOS ANGELES      )
 5                              )  SS.
 6   STATE OF CALIFORNIA        )
 7
 8   I, SHERIs. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
 9   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
16   JUDICIAL CONFERENCE OF THE UNITED STATES.
17   September 27, 2022
18
19   /S/_____
20   SHERI KLEEGER, CSR
21   FEDERAL OFFICIAL COURT REPORTER
22
23
24
25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## $

**$100** [1] - 12:13
**$2,833,441** [1] - 12:20
**$22,833,441** [1] - 10:6
**$250,000** [1] - 12:10
**$300,000** [1] - 11:14
**$50,000** [1] - 11:5
**$800,000** [1] - 11:18

## /

**/S** [1] - 19:19

## 1

**10340** [1] - 1:23
**12** [1] - 14:7
**1343** [3] - 7:1, 7:15, 16:21
**18** [4] - 6:25, 7:1, 7:14, 16:20
**19** [2] - 5:15, 15:11
**1:30** [2] - 17:18, 17:24

## 2

**2.2** [1] - 11:16
**20** [1] - 15:23
**20-00350** [1] - 1:8
**20-350** [1] - 3:5
**20-years'** [1] - 12:9
**2015** [1] - 8:25
**2016** [1] - 11:2
**2018** [1] - 8:25
**2021** [2] - 1:17, 3:1
**2022** [1] - 19:17
**213)894-6604** [1] - 1:25
**26** [2] - 1:17, 3:1
**27** [1] - 19:17
**27th** [1] - 11:2
**28** [2] - 16:1, 19:11
**28th** [2] - 17:17, 17:24
**2940** [1] - 11:8

## 3

**312** [1] - 1:24
**321** [1] - 2:14
**355** [1] - 2:7

## 4

**402** [1] - 1:24
**424** [1] - 2:11
**47** [1] - 9:13

## 7

**753** [1] - 19:11

## 9

**90012** [2] - 1:24, 2:14
**90071** [1] - 2:8
**90212** [1] - 2:11

## A

**ability** - 6:9
**ABOVE** [1] - 19:14
**ABOVE-ENTITLED** [1] - 19:14
**accept** [2] - 17:3, 17:15
**account** [2] - 11:5, 11:6
**accounts** [3] - 10:7, 11:10
**acres** [1] - 9:13
**act** [1] - 13:8
**acted** [1] - 7:24
**addiction** [1] - 6:5
**additional** [1] - 13:2
**admission** [1] - 17:11
**admit** [2] - 8:15, 12:4
**adverse** [1] - 15:1
**advice** [1] - 5:23
**affected** [3] - 13:15, 13:22, 13:24
**agency** [1] - 11:19
**agree** [1] - 14:8
**agreeable** [1] - 17:19
**agreed** [2] - 15:13, 15:20
**agreement** [13] - 5:15, 5:16, 5:20, 6:1, 8:13, 9:21, 15:10, 15:17, 16:2, 16:5, 16:10, 17:13, 17:15
**aided** [1] - 3:13
**Alex** [1] - 3:8
**ALEXANDER** [1] - 2:7
**alleged** [1] - 6:24
**alleging** [2] - 7:2, 16:20
**allow** [1] - 17:3
**almost** [2] - 11:14, 11:18
**America** [1] - 3:6
**AMERICA** [2] - 1:1, 1:6
**Angeles** [4] - 8:24, 9:1, 9:17, 11:6
**ANGELES** [6] - 1:18,

1:24, 2:8, 2:14, 3:1, 19:4
**appeal** [1] - 15:21, 15:22, 15:25
**APPEARANCES** [1] - 2:4
**appearances** [1] - 3:7
**applicable** [1] - 15:16
**application** [1] - 10:4
**applies** [1] - 15:16
**Arcadia** [2] - 5:10, 5:11
**area** [1] - 12:18
**assessment** [1] - 12:12
**assurances** [1] - 16:8
**attempts** [1] - 8:3
**attorney** [2] - 14:16, 16:6
**ATTORNEY** [1] - 2:6
**attorney's** [1] - 5:23
**AUSA** [1] - 2:7
**AVENUE** [1] - 2:7

## B

**background** [2] - 6:3, 6:4
**bank** [3] - 10:6, 10:7, 11:5
**based** [3] - 8:22, 9:17, 17:10
**basis** [2] - 17:3, 17:10
**behalf** [4] - 3:9, 3:12, 14:21, 14:24
**BEHALF** [2] - 2:5, 2:9
**BERNARD** [2] - 2:9, 2:10
**best** [1] - 16:14
**between** [1] - 8:25
**Beverly** [1] - 11:19
**BEVERLY** [3] - 2:10, 2:11, 2:11
**beyond** [1] - 14:8
**brand** [3] - 9:18, 9:19, 9:22
**build** [1] - 9:14
**BUILDING** [1] - 2:10
**Buyer** [1] - 8:21
**BY** [3] - 2:7, 2:10, 2:13

## C

**CA** [3] - 2:8, 2:11, 2:14
**California** [5] - 8:24, 9:2, 9:14, 11:6, 11:20
**CALIFORNIA** [6] - 1:2, 1:18, 1:24, 3:1, 19:6, 19:10

**capable** [1] - 7:22
**carefully** [1] - 8:13
**carried** [1] - 9:11
**carry** [2] - 8:3
**cars** [1] - 11:15
**case** [4] - 13:11, 13:20, 14:7, 14:19
**caused** [2] - 8:1, 11:3
**CENTRAL** [2] - 1:2, 19:9
**Central** [1] - 9:1
**certain** [4] - 4:10, 13:14, 13:15, 13:21
**cERTIFICATE** [1] - 19:2
**CERTIFIED** [1] - 1:7
**CERTIFY** [1] - 19:10
**CHANGE** [1] - 1:16
**charge** [1] - 14:21
**charged** [1] - 7:14
**cheat** [1] - 7:25
**China** [3] - 5:8, 8:23, 10:7
**Chinese** [2] - 10:1, 10:3
**citizen** [1] - 13:18
**citizenship** [1] - 13:19
**city** [1] - 5:7
**clear** [2] - 7:7, 15:12
**CLERK** [4] - 3:5, 4:13, 4:20, 17:17
**clothing** [1] - 11:21
**Coachella** [3] - 9:6, 9:14, 11:7
**Code** [3] - 6:25, 7:1, 16:21
**CODE** [1] - 19:11
**college** [1] - 5:13
**commerce** [1] - 11:4
**communication** [2] - 8:2, 11:4
**company** [3] - 8:22, 9:17, 11:16
**complex** [1] - 9:5
**concealed** [1] - 10:19
**concealment** [1] - 9:9
**concierge's** [1] - 11:17
**concluded** [1] - 18:4
**concur** [1] - 16:24
**conditions** [1] - 12:25
**Condominium** [1] - 9:5
**CONFERENCE** [1] - 19:16
**CONFORMANCE** [1] - 19:15
**connection** [1] - 10:5
**consequences** [2] -

17:8, 17:9
**consisting** [1] - 5:15
**contacted** [1] - 9:15
**contacting** [1] - 10:2
**controlled** [2] - 10:7, 11:10
**convicted** [1] - 7:5
**conviction** [1] - 15:21
**COPY** [1] - 1:7
**CORRECT** [1] - 19:12
**correct** [2] - 7:10, 15:19
**corresponding** [1] - 16:1
**counsel** [3] - 8:16, 16:24, 17:11
**Counsel** [6] - 3:7, 3:10, 3:16, 4:7, 7:11, 15:18
**COUNSEL** [1] - 2:4
**Count** [7] - 3:18, 6:24, 7:8, 7:10, 7:14, 16:19
**County** [1] - 9:1
**COUNTY** [1] - 19:4
**COURT** [53] - 1:1, 1:23, 3:10, 3:16, 3:22, 4:4, 4:7, 4:9, 4:21, 4:24, 5:1, 5:4, 5:7, 5:9, 5:11, 5:14, 5:19, 5:22, 5:25, 6:3, 6:7, 6:11, 6:17, 6:23, 7:10, 8:5, 8:9, 8:18, 11:23, 12:4, 12:7, 12:16, 12:23, 13:6, 13:14, 14:2, 14:15, 15:8, 15:10, 15:20, 16:4, 16:12, 16:16, 16:19, 16:24, 17:2, 17:5, 17:19, 17:23, 18:3, 19:8, 19:9, 19:21
**Court** [8] - 4:17, 13:1, 13:10, 16:9, 17:5, 17:10, 17:12, 17:14
**CR** [1] - 1:8
**crime** [1] - 7:13
**cross** [1] - 14:18
**cross-examine** [1] - 14:18
**CSR** [2] - 1:23, 19:20
**custody** [2] - 3:13, 12:24

## D

**Dakota** [2] - 9:16, 9:21
**date** [4] - 17:16, 17:19, 17:24, 17:25
**deceive** [1] - 7:25

**defendant** [24] - 7:13, 7:16, 7:24, 8:1, 8:20, 9:2, 9:11, 9:13, 9:15, 9:20, 9:24, 10:8, 10:10, 10:11, 10:13, 10:16, 10:18, 10:20, 10:24, 11:3, 11:11, 11:14, 17:7, 17:12
**DEFENDANT** [37] - 1:11, 2:9, 3:21, 4:3, 4:6, 4:19, 4:23, 4:25, 5:3, 5:6, 5:8, 5:10, 5:13, 5:18, 5:21, 5:24, 6:2, 6:6, 6:10, 6:16, 6:21, 8:8, 12:3, 12:6, 12:15, 12:22, 13:5, 13:13, 14:1, 14:14, 15:7, 15:9, 16:3, 16:11, 16:15, 16:18, 16:23
**defendant's** [1] - 7:8
**defendants** [1] - 10:25
**DEFENDER'S** [1] - 2:12
**defenses** [1] - 14:20
**defraud** [4] - 7:17, 7:25, 9:3
**deported** [1] - 13:21
**designers** [1] - 11:21
**developed** [1] - 9:22
**development** [2] - 8:22, 9:16
**Development** [11] - 9:6, 9:15, 9:16, 9:21, 9:22, 9:25, 10:5, 10:10, 10:15, 10:23, 11:13
**devised** [1] - 9:3
**DFPD** [2] - 2:13, 2:13
**discussions** [1] - 9:20
**disputed** [1] - 12:19
**District** [1] - 9:1
**DISTRICT** [5] - 1:1, 1:2, 1:4, 19:9, 19:10
**DIVISION** [1] - 1:2
**DO** [1] - 19:10
**dollars** [1] - 11:21
**doubt** [1] - 14:8
**draw** [1] - 14:25
**DRIVE** [1] - 2:11

### E

**EAST** [1] - 2:14
**education** [1] - 5:12
**either** [1] - 6:5
**elements** [2] - 7:4, 8:5
**end** [1] - 11:21
**ending** [1] - 11:7
**enter** [2] - 3:18, 6:1

**Entertainment** [1] - 9:18
**ENTITLED** [1] - 19:14
**ESQUIRE** [1] - 2:10
**essential** [1] - 8:3
**estate** [2] - 8:22, 9:16
**examine** [1] - 14:18
**example** [3] - 10:13, 11:2, 11:14
**excuse** [1] - 6:25
**executed** [1] - 9:3
**expenses** [3] - 10:17, 10:22, 11:12
**explain** [2] - 6:15, 7:4
**explained** [2] - 6:14, 17:8

### F

**fact** [1] - 15:1
**factors** [2] - 11:23, 15:15
**facts** [10] - 7:20, 8:10, 8:12, 8:15, 9:10, 10:19, 11:24, 12:2, 12:4, 17:12
**factual** [2] - 17:3, 17:10
**false** [5] - 7:18, 9:8, 10:10, 10:12, 10:24
**Fargo** [2] - 11:6, 11:10
**FEDERAL** [3] - 1:23, 2:12, 19:21
**few** [1] - 14:3
**findings** [1] - 4:10
**fine** [1] - 12:10
**finish** [1] - 8:14
**firearm** [1] - 13:17
**first** [2] - 7:16, 14:5
**following** [1] - 7:15
**follows** [1] - 12:19
**food** [1] - 13:23
**FOR** [2] - 19:8, 19:9
**force** [1] - 3:23
**FOREGOING** [1] - 19:12
**foreign** [2] - 8:2, 11:4
**FORMAT** [1] - 19:15
**forms** [1] - 10:3
**fourth** [1] - 8:1
**fraud** [4] - 7:2, 7:9, 7:14, 16:20
**FRAUDS** [1] - 2:6
**fraudulent** [4] - 7:19, 9:8, 9:11, 10:10
**free** [2] - 14:21, 17:6
**freely** [1] - 16:12
**full** [3] - 11:19, 12:17, 12:19
**full-service** [1] - 11:19

**fund** [2] - 10:14, 10:21
**funds** [9] - 10:16, 10:21, 10:22, 11:9, 11:11, 11:15, 11:16, 11:18, 11:21

### G

**gain** [1] - 12:11
**GARY** [1] - 1:4
**general** [1] - 8:21
**GHB** [2] - 8:22, 9:4
**Global** [1] - 8:21
**God** [1] - 4:18
**GOLDMAN** [8] - 2:13, 3:11, 4:8, 15:19, 17:1, 17:4, 17:22, 18:2
**Goldman** [1] - 3:12
**government** [10] - 6:23, 7:4, 8:6, 11:24, 11:25, 12:19, 14:6, 14:18, 15:13, 15:24
**governmental** [3] - 13:15, 13:22, 13:24
**graduated** [1] - 5:13
**GRAND** [1] - 2:7
**greatest** [1] - 12:12
**gross** [1] - 12:11
**guess** [1] - 15:17
**guilt** [1] - 14:8
**guilty** [13] - 3:18, 3:24, 3:25, 7:8, 7:13, 14:9, 14:11, 15:4, 16:8, 16:22, 16:23, 17:16

### H

**hand** [1] - 4:14
**hear** [1] - 14:18
**HELD** [1] - 19:13
**help** [1] - 4:18
**HEREBY** [1] - 19:10
**high** [1] - 11:21
**high-end** [1] - 11:21
**HILLS** [2] - 2:10, 2:11
**Hills** [1] - 11:19
**history** [1] - 6:4
**Honor** [12] - 3:8, 3:11, 3:15, 6:22, 7:6, 7:7, 8:17, 15:19, 16:18, 17:1, 17:21, 18:1
**HONORABLE** [1] - 1:4
**hospitality** [1] - 9:17
**Hotel** [2] - 9:4, 11:7
**hotel** [1] - 9:19
**hotels** [1] - 10:2
**House** [1] - 8:21
**hundreds** [1] - 11:20
**Hyde** [12] - 9:5, 9:6,

9:14, 9:18, 9:21, 9:23, 9:25, 10:5, 10:9, 10:15, 10:22, 11:13

### I

**identified** [1] - 9:13
**II** [5] - 3:18, 7:9, 7:10, 7:14, 16:19
**illness** [1] - 6:5
**important** [1] - 6:18
**imprisonment** [1] - 12:9
**IN** [3] - 19:8, 19:13, 19:15
**incorporate** [1] - 17:14
**incriminate** [1] - 3:25
**incrimination** [2] - 3:23, 14:3
**independently** [1] - 13:11
**indictment** [3] - 3:19, 6:24, 16:20
**induce** [1] - 10:9
**inevitable** [1] - 13:20
**inference** [1] - 15:1
**influence** [2] - 6:8, 7:22
**influencing** [1] - 7:23
**innocent** [3] - 14:6, 14:10, 14:12
**instead** [1] - 10:22
**intelligent** [1] - 17:6
**intended** [1] - 10:16
**intent** [3] - 7:24, 7:25, 9:2
**interest** [1] - 16:14
**interpreted** [1] - 5:16
**interpreter** [2] - 3:14, 8:19
**interstate** [1] - 8:2
**invest** [1] - 10:9
**invested** [1] - 10:16
**investing** [1] - 10:22
**investment** [2] - 10:15, 11:12
**investments** [1] - 9:24
**investors** [2] - 9:4, 9:25
**IS** [2] - 19:12, 19:15
**item** [1] - 3:5

### J

**JAMES** [1] - 2:13
**Jimmy** [1] - 3:12
**joins** [1] - 4:7
**JUDGE** [1] - 1:4

**JUDICIAL** [1] - 19:16
**July** [1] - 8:25
**juror** [1] - 13:17
**jurors** [1] - 14:7

### K

**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:23, 19:8, 19:20
**knowing** [1] - 17:6
**knowingly** [2] - 7:16, 9:2
**known** [1] - 9:4

### L

**land** [1] - 9:14
**language** [1] - 3:14
**large** [1] - 11:1
**LAW** [2] - 2:9, 2:10
**least** [1] - 16:13
**legal** [1] - 4:21
**level** [2] - 15:16, 16:1
**lifestyle** [2] - 9:17, 10:21
**listen** [1] - 8:13
**live** [1] - 5:7
**LLC** [2] - 8:21, 11:7
**LOS** [6] - 1:18, 1:24, 2:8, 2:14, 3:1, 19:4
**Los** [4] - 8:24, 9:1, 9:17, 11:6
**loss** [1] - 12:11
**luxury** [3] - 9:19, 11:15, 11:17

### M

**MAJOR** [1] - 2:6
**majority** [1] - 10:1
**manager** [1] - 8:21
**Mandarin** [1] - 3:14
**Mandarin-language** [1] - 3:14
**mandatory** [1] - 12:12
**March** [2] - 17:17, 17:24
**material** [6] - 7:21, 9:7, 9:8, 9:10, 10:19, 10:25
**matter** [4] - 3:17, 6:23, 13:8
**MATTER** [1] - 19:14
**matters** [1] - 9:7
**maximum** [1] - 12:9
**means** [4] - 3:23, 7:18, 9:8, 11:3
**media** [1] - 10:4
**medication** [1] - 6:8

mental [1] - 6:5
mentioned [1] - 14:2
messaging [1] - 10:3
might [4] - 3:24, 6:8, 13:11, 13:21
million [1] - 11:16
mobile [1] - 10:4
money [5] - 7:18, 7:23, 9:7, 10:14, 11:1
morning [2] - 3:8, 3:11
MR [14] - 3:8, 3:11, 4:8, 7:6, 7:12, 8:17, 8:20, 15:19, 17:1, 17:4, 17:21, 17:22, 18:1, 18:2
multi [1] - 10:3
multi-purpose [1] - 10:3
must [1] - 7:15

**N**

name [5] - 4:22, 4:24, 5:1, 9:22, 11:7
names [1] - 5:5
natural [1] - 7:22
nightlife [1] - 9:19
nobody [2] - 3:23, 14:25
NORTH [1] - 1:24
nothing [1] - 4:17
November [1] - 8:25

**O**

oath [1] - 4:12
obtain [1] - 9:7
obtaining [1] - 7:18
obviously [1] - 14:12
October [1] - 11:2
OCTOBER [2] - 1:17, 3:1
OF [16] - 1:1, 1:2, 1:6, 1:16, 1:17, 2:4, 2:5, 2:6, 2:9, 19:2, 19:4, 19:6, 19:10, 19:12, 19:15, 19:16
offense [3] - 7:5, 12:7, 12:11
office [1] - 8:23
OFFICE [2] - 2:6, 2:12
OFFICES [1] - 2:9
OFFICIAL [3] - 1:23, 19:8, 19:21
omissions [1] - 10:25
omitted [2] - 7:20, 10:18
ON [2] - 2:5, 2:9
one [2] - 3:5, 15:12
own [5] - 10:17, 10:21,

13:17, 14:21, 14:24
owned [1] - 9:19

**P**

p.m [1] - 17:18
P.M [2] - 1:18, 3:2
PAGE [1] - 19:14
pages [2] - 5:15, 15:11
parole [2] - 13:7, 13:9
part [5] - 7:21, 7:23, 8:3, 17:7, 17:15
participated [1] - 7:16
pay [2] - 10:21, 12:17
payment [1] - 10:4
pending [1] - 4:16
People's [1] - 8:23
period [1] - 12:9
person [1] - 7:23
personal [3] - 10:17, 10:21, 11:12
PH [1] - 1:25
PLAINTIFF [2] - 1:8, 2:5
plan [2] - 7:17
planned [1] - 10:20
plea [22] - 3:14, 3:18, 4:9, 5:15, 5:16, 5:19, 6:1, 8:12, 13:8, 13:16, 13:24, 15:10, 16:5, 16:10, 16:17, 16:25, 17:3, 17:9, 17:13, 17:14, 17:15
PLEA [1] - 1:16
plead [6] - 3:24, 3:25, 14:11, 15:4, 16:8, 16:22
pleading [2] - 7:8, 16:12
portion [1] - 10:20
possible [1] - 17:8
practically [1] - 13:20
PRC [2] - 11:1, 11:6
present [4] - 3:13, 8:10, 11:25, 14:20
presentations [1] - 10:2
PRESIDING [1] - 1:4
presumed [3] - 14:6, 14:10, 14:12
pretenses [2] - 7:19, 9:8
prevent [1] - 13:18
primarily [1] - 11:1
probation [2] - 13:7, 13:9
proceedings [2] - 14:16, 18:4
PROCEEDINGS [2] - 1:17, 19:13

process [1] - 6:11
promises [3] - 7:19, 9:9, 16:7
property [2] - 7:18, 7:23
prospective [1] - 9:25
prove [4] - 7:5, 8:6, 14:7, 14:19
provided [1] - 11:17
PUBLIC [1] - 2:12
public [1] - 14:17
punished [1] - 12:8
purchase [1] - 11:15
purpose [1] - 10:3
purposes [1] - 3:14
PURSUANT [1] - 19:10
put [1] - 4:12

**Q**

questions [4] - 4:11, 6:4, 6:13, 16:16

**R**

radio [1] - 11:4
raise [1] - 4:13
range [1] - 16:1
rather [1] - 11:12
reached [1] - 9:20
read [1] - 16:5
real [2] - 8:22, 9:16
reason [1] - 5:14
reasonable [1] - 14:8
received [2] - 5:12, 11:9
record [1] - 4:10
REGULATIONS [1] - 19:15
relatedly [1] - 10:18
release [5] - 12:10, 13:1, 13:3, 13:7, 13:9
released [1] - 12:24
relevant [1] - 8:20
remain [1] - 14:25
REPORTED [1] - 19:13
REPORTER [4] - 1:23, 19:2, 19:8, 19:21
REPORTER'S [1] - 1:17
representations [2] - 7:19, 9:9
representative [1] - 9:15
Republic [1] - 8:23
required [1] - 12:17
Residences [1] - 9:6

Resorts [1] - 9:5
restaurants [1] - 11:22
restitution [2] - 12:17, 12:19
resulting [1] - 12:11
return [1] - 13:1
RGK [2] - 1:8, 3:5
RICHARD [1] - 2:13
Richard [1] - 3:12
rights [6] - 13:15, 13:22, 13:24, 14:2, 15:3, 15:8
ROOM [1] - 1:24
ROSEN [2] - 2:9, 2:10
ruixue [1] - 4:23
Ruixue [1] - 3:6
RUIXUE [1] - 1:10

**S**

sales [1] - 10:1
satisfied [2] - 5:22, 5:24
SBE [2] - 9:18, 9:19
SBE's [2] - 9:18, 9:22
scheme [6] - 7:17, 7:21, 8:4, 9:3, 9:11
schooling [1] - 5:11
second [1] - 7:20
SECOND [2] - 2:14
SECTION [2] - 2:6, 19:11
Section [4] - 6:25, 7:1, 7:15, 16:21
see [2] - 14:18, 17:23
self [2] - 3:23, 14:3
self-incrimination [2] - 3:23, 14:3
sentence [2] - 15:22, 15:25
sentencing [4] - 12:25, 15:15, 17:17, 17:24
September [1] - 19:17
Serena [1] - 5:2
serve [1] - 13:16
service [1] - 11:19
services [1] - 11:17
SESSION [2] - 1:18, 3:2
set [1] - 17:16
shall [1] - 4:17
SHERI [1] - 1:23, 19:20
SHERIs [1] - 19:8
Shi [3] - 3:6, 3:12, 3:17
shi [1] - 4:23
SHI [1] - 1:10
sides [1] - 17:20

silent [1] - 14:25
slowly [1] - 8:18
social [1] - 10:4
solemnly [1] - 4:15
solicited [1] - 9:24
sometimes [1] - 5:11
sorry [1] - 15:14
SOUTH [2] - 2:7, 2:11
special [1] - 12:12
speedy [1] - 14:17
spend [1] - 10:20
spent [5] - 11:14, 11:15, 11:18, 11:20, 12:23
SPRING [1] - 1:24
SS [1] - 19:5
stages [1] - 14:16
stamps [1] - 13:23
stand [2] - 14:24, 14:25
state [2] - 3:7, 8:10
STATE [1] - 19:6
statement [1] - 8:12
statements [3] - 7:20, 10:11, 10:24
States [6] - 3:6, 3:9, 6:25, 7:1, 13:22, 16:21
STATES [7] - 1:1, 1:1, 1:4, 1:6, 19:9, 19:11, 19:16
statute [1] - 12:8
STENOGRAPHICAL LY [1] - 19:13
still [1] - 12:18
stipulate [1] - 17:2
stipulation [1] - 17:11
stop [1] - 6:14
stores [1] - 11:22
STREET [2] - 1:24, 2:14
styling [1] - 11:19
subpoena [1] - 14:21
subsidiary [1] - 9:16
substance [2] - 6:8, 9:12
sufficient [1] - 17:2
sums [1] - 11:1
supervised [5] - 12:10, 13:1, 13:2, 13:7, 13:9
supervision [1] - 12:24
swear [1] - 4:15

**T**

tendency [1] - 7:22
terms [1] - 12:25

testify [3] - 14:22, 14:24, 15:2
testimony [1] - 4:15
THAT [2] - 19:10, 19:14
THE [97] - 2:6, 3:5, 3:10, 3:16, 3:21, 3:22, 4:3, 4:4, 4:6, 4:7, 4:9, 4:13, 4:19, 4:20, 4:21, 4:23, 4:24, 4:25, 5:1, 5:3, 5:4, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:13, 5:14, 5:18, 5:19, 5:21, 5:22, 5:24, 5:25, 6:2, 6:3, 6:6, 6:7, 6:10, 6:11, 6:16, 6:17, 6:21, 6:23, 7:10, 8:5, 8:8, 8:9, 8:18, 11:23, 12:3, 12:4, 12:6, 12:7, 12:15, 12:16, 12:22, 12:23, 13:5, 13:6, 13:13, 13:14, 14:1, 14:2, 14:14, 14:15, 15:7, 15:8, 15:9, 15:10, 15:20, 16:3, 16:4, 16:11, 16:12, 16:15, 16:16, 16:18, 16:19, 16:23, 16:24, 17:2, 17:5, 17:17, 17:19, 17:23, 18:3, 19:9, 19:11, 19:12, 19:13, 19:14, 19:15, 19:16
third [1] - 7:24
thoroughly [1] - 5:20
thousands [1] - 11:20
threats [1] - 16:7
THREATT [1] - 2:13
Threatt [1] - 3:12
three [1] - 12:9
three-year [1] - 12:9
Title [2] - 7:1, 16:20
TITLE [1] - 19:11
TO [1] - 19:11
today [7] - 3:25, 6:9, 6:18, 14:11, 16:8, 16:13
TRANSCRIPT [3] - 1:17, 19:12, 19:14
transfer [1] - 11:5
transferred [1] - 10:6
transmission [1] - 11:3
travel [1] - 11:17
treatment [1] - 6:5
trial [7] - 8:7, 8:11, 12:1, 14:17, 14:23, 15:5

true [4] - 4:21, 7:15, 8:15, 12:5
TRUE [1] - 19:12
truth [3] - 4:17, 4:18
twice [1] - 12:10
two [1] - 11:15
type [3] - 6:7, 6:8, 12:7

## U

U.S [3] - 2:6, 5:8, 5:9
U.S.C [1] - 7:15
unanimously [1] - 14:7
under [3] - 4:12, 9:22, 12:8
United [6] - 3:6, 3:9, 6:25, 7:1, 13:22, 16:21
UNITED [7] - 1:1, 1:1, 1:4, 1:6, 19:9, 19:11, 19:16
unless [2] - 14:6, 14:9
up [7] - 4:1, 4:4, 12:8, 14:12, 15:4, 15:8, 15:24

## V

Valley [2] - 9:6, 11:7
versus [1] - 3:6
victim [5] - 11:3, 11:15, 11:16, 11:18, 11:21
victim's [2] - 9:7, 10:20
Victims [1] - 9:4
victims [8] - 10:2, 10:9, 10:11, 10:13, 10:16, 10:19, 10:25, 11:11
victims' [1] - 11:9
violated [1] - 12:25
violation [5] - 6:24, 7:14, 13:2, 13:8, 16:20
virtually [1] - 13:21
voluntarily [1] - 16:13
voluntary [1] - 17:6
vote [1] - 13:16
VS [1] - 1:9

## W

waive [1] - 4:4
waiver [1] - 17:6
waiving [2] - 15:21, 15:22
WeChat [1] - 10:3
Wells [2] - 11:6, 11:10

WESTERN [1] - 1:2
whichever's [1] - 12:12
whole [1] - 4:17
wire [7] - 7:2, 7:9, 7:14, 8:2, 11:4, 11:5, 16:20
wired [1] - 10:25
wish [3] - 3:18, 14:22, 14:24
WITH [1] - 19:15
witnesses [2] - 14:18, 14:21
WYMAN [8] - 2:7, 3:8, 7:6, 7:12, 8:17, 8:20, 17:21, 18:1
Wyman [1] - 3:9

## Y

year [1] - 12:9
years [1] - 15:23
YJR [1] - 11:3