Bernard J. Rosen/S.B. No. 41538
Beverly Hills Law Building
424 S. Beverly Drive
Beverly Hills, CA 90212
Tel:  (310) 203-9600
Fax:  (310) 203-9696
e-mail: bernardrosenlaw@aol.com

Attorney for Defendant
RUIXUE SHI

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RUIXUE SHI,<br><br>        Defendant. | No. CR 20-350-RGK<br><br>**Stipulation of the Parties to Continue the Sentencing Hearing for Defendant Shi from October 24, 2022 to November 21, 2022** |

    Plaintiff, United States of America, by and through its counsel, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander Schwab, and defendant Ruixue Shi, by and through her counsel, Bernard J. Rosen, hereby stipulate that the sentencing hearing for defendant Shi, presently scheduled for October 24, 2022, at 1:30 p.m., be continued until November 21, 2022, at 1:30 p.m., or such other date as may be convenient to the Court's calendar in November of 2022.

    Mr. Rosen is requesting additional time to prepare for the sentencing proceedings because of the amount of time still needed to complete his review and understanding of the loss amount calculated by

the government which the plea agreement leaves open for defendant Shi to contest.

As the Court was previously advised, Mr. Rosen has been given approval to continue employing the services of a forensic accountant originally employed by former counsel but their consultations have been delayed by two things. At the time of being appointed to represent defendant Shi, Mr. Rosen already had a scheduled vacation booked for September 10-23. Although he attempted to meet with the accountant prior to leaving, the accountant advised Mr. Rosen that he had been taken ill and would not be able to meet for a while.

Since returning from his vacation Mr. Rosen has now been able to schedule his first meeting with the accountant but their schedules did not permit setting an earlier date for this than Friday, October 7. There being no assurance that one such meeting will be sufficient to apprise Mr. Rosen of the all of the issues involved, the parties have agreed to one more continuance to the date of November 21, 2022.

IT IS SO STIPULATED

Dated: October 5, 2022

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/Alexander Schwab          [by permission]
Assistant United States Attorney

Dated: October 5, 2022

/s/Bernard J. Rosen
BERNARD J. ROSEN
Attorney for Defendant
RUIXUE SHI