Bernard J. Rosen/S.B. No. 41538
Beverly Hills Law Building
424 S. Beverly Drive
Beverly Hills, CA 90212
Tel:  (310) 203-9600
Fax:  (310) 203-9696
e-mail: bernardrosenlaw@aol.com

Attorney for Defendant
RUIXUE SHI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-350-RGK |
| Plaintiff, | **Unopposed Ex Parte Application of Defendant Shi for an Order that the Clerk of the Court Remove from the Public File the Exhibit [doc. 145-1] Filed with the Reply Sentencing Memorandum of Defendant Shi [doc. 145] and File it Under Seal or Return It to Counsel; Declaration of Counsel** |
| v. | |
| RUIXUE SHI, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD:

Defendant, Ruixue Shi, by and through her attorney, Bernard J. Rosen, hereby applies to this Court for an Order, unopposed by the government, that the Clerk of the Court remove the exhibit filed as document 145-1 (part of the Reply Sentencing Memorandum filed on her behalf [doc. 145]) from the Court's public file and have the exhibit filed under seal or returned to defense counsel.

This application is based on the attached declaration of Bernard J. Rosen.

Dated: November 11, 2022          Respectfully submitted,
                                  /s/ Bernard J. Rosen
                                  BERNARD J. ROSEN
                                  Attorney for Defendant
                                  RUIXUE SHI

DECLARATION OF BERNARD J. ROSEN

I, Bernard J. Rosen, declare as follows:

1. I am an attorney at law, a member in good standing of the bar of this Court, a member of the Federal Indigent Defense Panel, and counsel now appointed to represent defendant Ruixue Shi in this case.

2. I recently filed with the Court a Reply Memorandum (doc. 145) to the government's Sentencing Position Memorandum (doc. 143) in this case. I filed as an exhibit to that Memorandum (doc. 145-1) one of the victim impact letters already filed under seal by the government with its Memorandum (Govt. ex. B, pp. 46-49).

3. Shortly after the public filing of the Reply Memorandum I received an e-mail request from attorney Mei Xuan[1] advising me that the writer of the letter I had filed as an exhibit had been assured that the letter would be treated confidentially and requested, therefore, that I have it removed from the files of the Court which are open to the public.

4. I have no objection to that occurring and advised counsel that I would file an application seeking the letter's removal from the public files of the Court and either its placement under seal or, since it is one of the many such letters already filed by the government under seal, its return to me.

5. I have advised Assistant United States Attorney Alexander Schwab, the Assistant United States Attorney assigned to the prosecution of this case, of this request and he has advised me that the government has no objection to it.

I declare under penalty of perjury that all of the above is true.

Executed this 11th day of November, 2022, at Beverly Hills, California.

/s/ Bernard J. Rosen
BERNARD J. ROSEN

---

[1] This is the attorney who's declaration the government has already filed as an exhibit, exhibit C (doc. 143-3), with its Sentencing Position Memorandum.

3