Bernard J. Rosen/S.B. No. 41538
Beverly Hills Law Building
424 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (310) 203-9600
Fax: (310) 203-9696
e-mail: bernardrosenlaw@aol.com

Attorney for Defendant
RUIXUE SHI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-350-RGK-01 |
| Plaintiff, | **Supplemental Memorandum on behalf of Defendant Ruixue Shi With Letters for the Court** |
| v. | |
| RUIXUE SHI, | Date of Hearing: November 21, 2022 |
| Defendant. | Time: 1:30 p.m. |

  Defendant Ruixue Shi, by and through her attorney Bernard J. Rosen, hereby files a Supplemental Sentencing Memorandum in order to provide the court two letters written on her behalf.

Dated: November 14, 2022   Respectfully submitted,
                <u>/s/ Bernard J. Rosen</u>
                BERNARD J. ROSEN
                Attorney for Defendant
                RUIXUE SHI

SUPPLEMENTAL SENTENCING MEMORANDUM

Attached hereto are two letters written on behalf of defendant Shi for presentation to the Court.

Each letter is written in Mandarin accompanied by its English translation and the Mandarin interpreter's declaration of accuracy.

Respectfully submitted,
/s/ Bernard J. Rosen
BERNARD J. ROSEN
Attorney for Defendant
RUIXUE SHI