Bernard J. Rosen/S.B. No. 41538
Beverly Hills Law Building
424 S. Beverly Drive
Beverly Hills, CA 90212
Tel:  (310) 203-9600
Fax:  (310) 203-9696
e-mail: bernardrosenlaw@aol.com

Attorney for Defendant
RUIXUE SHI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUIXUE SHI<br><br>　　　　　Defendant. | No. CR 20-350-RGK<br><br>**Motion of Defendant Ruixue Shi to Withdraw Her Plea of Guilty Entered on October 26, 2021, pursuant to FRCP 11(d)(2)(B), and to Reinstate Her Original Plea of Not Guilty; Memorandum of Points and Authorities and Declaration in Support Thereof.**<br><br>Date: November 21, 2022<br>Time: 1:30 p.m. |

　　　To: THE CLERK OF THE ABOVE-ENTITLED COURT AND THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD:

　　　PLEASE TAKE NOTICE that on the 21st day of November, 2022, at 1:30 p.m., in the courtroom of the Honorable R. Gary Klausner, United States District Judge, or at such other date and/or time as the Court may Order, defendant Ruixue Shi will move the Court, pursuant to FRCP 11(d)(2)(B) and for good cause shown, to withdraw her plea of guilty entered on October 26, 2021, and for reinstatement of her original plea of not guilty.

The motion will be based on the records and files of this case, the attached Memorandum of Points and Authorities and attached letter of defendant Shi, and such further argument and evidence as may be offered at the hearing of this motion.

Dated: November 21, 2022         Respectfully submitted,
                                 s// Bernard J. Rosen
                                 BERNARD J. ROSEN
                                 Attorney for Defendant
                                 RUIXUE SHI

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 26, 2021, the Court accepted defendant Shi's plea of guilty to count two of the Indictment which plea was entered pursuant to a plea agreement between the parties. (Doc. 101.)

Federal Rule of Criminal Procedure 11(d)(2)(B) provides that after a defendant has entered a plea of guilty to a criminal charge the defendant may withdraw the plea, even after the Court has accepted it, if the defendant can show "a fair and just reason for requesting the withdrawal."

Attached hereto as an exhibit is a letter written by defendant Shi explaining her reasons for wanting to withdraw the plea of guilty she previously entered and for reinstatement of her original plea of not guilty.

The letter provides "fair and just reason," it is submitted, for the Court to permit her to withdraw the plea.

Respectfully submitted,
s// Bernard J. Rosen
BERNARD J. ROSEN
Attorney for Defendant
RUIXUE SHI