You Honorable Judge Klausner,

I am writing this letter to request withdraw of my guilty of plea with reasons as below:

1, Factual basis in the plea agreement is not what I did and is not true. I have never ever has any intention to defraud any investor, the project is real, all the work for the project is real, all the expenses on the project is real;

2, I was rushed to this plea agreement on 10/20/2021, one week within my trial continuance get ~~denaited~~ denied. I have no time to consider thoroughly about this plea. The reason I decided to pled is simply because I was persuaded that due to lack of time, there is no way we can prepare enough for trial. To plea guilty is to the best of my interest;

3, I was a Chinese citizen. I moved to Los Angeles at the end of 2017. I was totally ignorant of legal procedure, ~~how that~~ in the United States. I didn't know what I plea to while I plea guilty. Now with new council's help, I was enlightened more. However I also know better that what I pleaed to is not

what I thought I pleaed to.

4, I relied 100% with the ~~gu~~ guidance of the two public defender who ~~was~~ was working in my case while I plea guilty. I contested right away that some of the sentences in the plea agreement is not true. I have no intention to defraud investors; I have never made any presentation and false statement to investors while knowing it was not true. However, I was informed by ~~my~~ council that by pleaing guilty, I have to admit with intention, to defraud investors. The two council have also explained to me that I plea guilty to ~~point~~ level 28, ~~since loss amount is~~, if loss amount could be proven lower, I can get lower sentence based on level 28 on the guideline which is less than 68 months. I was never informed that prosecuter can request higher level than level 28.
There are also evidence can prove my ~~efforts~~ in saving this project ~~and~~ is not in this plea agreement.

Thus, I request to withdraw this guity of plea. It will be much appreciated if you Honor could approve my request.
                                                                thanks!
                                                                shi    11/15/2022